1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GILBERTO JUAREZ,

11             Petitioner,                    No. CIV S-05-2551 LKK JFM P

12        vs.

13    J. WOODFORD, et al.,

14             Respondents.                   ORDER

15    _____/

16             Petitioner, a state prisoner proceeding pro se, has filed a pleading on the form for

17    application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which has been opened as

18    the above-captioned civil action..  It appears from the allegations contained therein that petitioner

19    is contending that the Warden of Soledad Prison has interfered with petitioner's right of access to

20    the courts by failing to correctly complete an in forma pauperis application required by petitioner

21    to proceed with a civil rights action pending in this court, Case No. CIV S-05-0383 LKK KJM P.

22    Review of the record in that case demonstrates that petitioner has been ordered by the magistrate

23    judge to file a complete in forma pauperis application and that the time to do so has expired..[1]

24    /////

25    _____

26       [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803
      F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1           Good cause appearing, the Clerk of the Court will be directed to transfer the

2    pleading filed in this action to Case No. CIV S-05-0383 LKK KJM P for such action, if any, as

3    deemed appropriate by the magistrate judge assigned to that action.

4           In accordance with the above, IT IS HEREBY ORDERED that:

5           1.  The Clerk of the Court is directed to transfer the pleading filed in this action to

6    Case No. CIV S-05-0383 LKK KJM P; and

7           2.  The Clerk of the Court is directed to close this case.

8    DATED:  January 24, 2006.

9

10                      UNITED STATES MAGISTRATE JUDGE

11

12

13   12
    juar2551.o

14

15

16

17

18

19

20

21

22

23

24

25

26

2